IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 7:13CR17 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JEREMIAH BATCHELOR, III, | ) | By: Michael F. Urbanski |
|     Defendant. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the government's motion to dismiss (Dkt. No. 52) is **GRANTED**; Batchelor's motion pursuant to 28 U.S.C. § 2255 (Dkt. No. 41) is **DISMISSED**; and this action shall be **STRICKEN** from the active docket of this court.

Further, finding that Batchelor has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

Entered: July 30, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge